1  Law Offices of
   **MATHENY SEARS LINKERT & JAIME LLP**
2  MATTHEW C. JAIME (SBN 140340)
   ROBERT W. SWEETIN (SBN 297130)
3  SARAH M. WOOLSTON (SBN 320510)
   3638 American River Drive
4  Sacramento, California 95864
   Telephone:    (916) 978-3434
5  Facsimile:    (916) 978-3430

6  Attorneys for Defendant, COSTCO WHOLESALE
   CORPORATION

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10 MICHELLE BEAN,                    Case No. 2:19-CV-00647-TLN-KJN

11              Plaintiffs,

12      v.                           **JOINT STIPULATION AND ORDER TO
                                     MODIFY INITIAL PRETRIAL
13 COSTCO WHOLESALE                  SCHEDULING ORDER**
   CORPORATION; and DOES 1 through
14 50, inclusive,
                                     Assigned to: District Judge Troy L. Nunley
15              Defendant.
                                     Referred to: Magistrate Judge Kendall J.
16                                   Newman

17                                   Complaint filed: October 22, 2018
                                     Removed: April 16, 2019
18

19

20 TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

21         Pursuant to Federal Rule of Civil Procedure 16(b), Plaintiff MICHELLE BEAN (hereinafter

22 "Plaintiff") and Defendant COSTCO WHOLESALE CORPORATION (hereinafter "Defendant")

23 request that this court modify the Initial Pretrial Scheduling Order to extend deadlines in order to

24 continue the exchange of discovery.  Discovery is still in the early stages and trial is not until

25 October 13, 2020.

26         Plaintiff and Defendant stipulate as follows:

27 ///

28 ///

                                            1

LAW OFFICES OF
**MATHENY SEARS LINKERT & JAIME LLP**
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864

# I.   RECITALS

1.     Whereas, Plaintiff filed a Complaint on October 22, 2018 in Shasta County Superior Court.

2.     Whereas, Defendant filed an Answer on May 15, 2019 in Shasta County Superior Court.

3.     Whereas, Defendant removed Plaintiff's state court action to the United States District Court, Eastern District on April 16, 2019 pursuant to 28 U.S.C. sections 1332(a), 1441(b) and 1446(b)(3) in that Plaintiff's Complaint met the requirements for diversity jurisdiction.

4.     Whereas the Court issued an Initial Pretrial Scheduling Order with deadlines for this matter on April 16, 2019.

5.     Whereas discovery closed no later than two hundred forty (240) days from the date upon which the last answer may be filed with the court, or here, the date of removal, making it **December 12, 2019**.

6.     Whereas experts must be disclosed not later than sixty (60) days after the close of discovery, or **February 10, 2020**.

7.     Whereas within thirty (30) days after the designation of expert witnesses, parties may designate a supplemental list of expert witnesses, or **March 11, 2020**.

8.     Whereas the parties are ordered to file a Joint Notice of Trial Readiness not later than thirty (30) days after receiving this Court's ruling on the last filed dispositive motions.  If the parties do not file dispositive motions, the parties are ordered to file the Joint Notice of Trial Readiness not later than one hundred twenty (120) days after the close of discovery, or **April 10, 2020.**

9.     Whereas the parties shall file dispositive motions no later than one hundred eighty (180) days after the close of discovery, or **June 9, 2020**.

10.     Whereas the Pretrial Conference is not until **October 5, 2020** and trial is not until **October 13, 2020**.

11.     Whereas Federal Rule of Civil Procedure 16(b) allows for modification of an Initial Pretrial Scheduling Order upon showing of good cause and leave of the court.

LAW OFFICES OF
**MATHENY SEARS LINKERT & JAIME LLP**
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864

## II.    STIPULATIONS

1.      The parties have met and conferred regarding the deadlines provided in the Initial Pretrial Scheduling Order.

2.      Good cause exists to modify the Initial Pretrial Scheduling Order because discovery is in the early stages, is ongoing and not yet completed.

3.      The parties seek a continuance regarding the dates for the completion of discovery, expert disclosures, supplemental expert disclosures, filing Joint Notice of Trial Readiness, and filing dispositive motions.

4.      The parties would both benefit from the continued deadlines and no party is prejudiced given that trial is not until October 13, 2020.

5.      The purpose of this Stipulation is to benefit both parties in the continued exchange of documents for a fair resolution of the lawsuit.

6.      The parties modified deadlines based on the requirements of the Initial Pretrial Scheduling Order, for example, the new deadline for the Joint Notice of Trial Readiness is still one hundred and twenty (120) days after the close of the new discovery cutoff date.

7.      Pursuant to Federal Rule of Civil Procedure 29, the parties stipulate to modify these dates, with the court's permission.

8.      The parties stipulate that instead of discovery closing on December 12, 2019, discovery must be completed not later than **March 11, 2020.**

9.      The parties stipulate that instead of the deadline for expert disclosures on February 10, 2020, experts must be disclosed not later than **May 8, 2020**.

10.     The parties stipulate that instead of  the designation of supplemental expert witnesses being on March 11, 2019, parties may designate a supplemental list of expert witnesses by **June 5, 2020**.

11.     The parties stipulate that instead of the Joint Notice of Trial Readiness will still be due not later than thirty (30) days after receiving this Court's ruling on the last filed dispositive motions.  If the parties do not file dispositive motions, the parties are ordered to file the Joint Notice of Trial Readiness not later than one hundred twenty (120) days after the close of discovery new

LAW OFFICES OF
**MATHENY SEARS LINKERT & JAIME LLP**
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864

date, or **July 9, 2020.**

12.  The parties stipulate that instead of June 8, 2020 as the last day to file dispositive motions, the new deadline will be **September 7, 2020**.

13.  The parties stipulate to these modified deadlines as the new guiding dates.

14.  The parties do not wish to change the Pretrial Conference or Trial dates.

Dated:  February 5, 2020

**MATHENY SEARS LINKERT & JAIME LLP**


By: /s/
_____
MATTHEW C. JAIME, ESQ.
Attorney for Defendant, COSTCO
WHOLESALE CORPORATION


Dated:  January 16, 2020


**REINER SLAUGHTER & FRANKEL LAW OFFICES**


By:/s/
_____
RUSSELL REINER, ESQ.
Attorney for Plaintiff, MICHELLE BEAN

**GOOD CAUSE APPEARING**, the Court hereby approves this Stipulation and orders as follows:

1. Discovery must be completed not later than **March 11, 2020.**

2. Experts must be disclosed not later than **May 8, 2020**.

3. A supplemental list of expert witnesses must be disclosed not later than **June 5, 2020**.

4. The Joint Notice of Trial Readiness will still be due not later than thirty (30) days after receiving this Court's ruling on the last filed dispositive motions. If the parties do not file dispositive motions, the parties are ordered to file the Joint Notice of Trial Readiness not later than **July 9, 2020.**

5. Dispositive motions must be filed not later than **September 8, 2020**.

6. *\*The Final Pretrial Conference and Trial dates have not yet been set.*

**IT IS SO ORDERED**.

DATED: February 6, 2020

Troy L. Nunley
United States District Judge