Law Offices of
**REINER, SLAUGHTER
& FRANKEL, LLP**
2851 Park Marina Drive, Suite 200
Post Office Box 494940
Redding, CA 96049-4940
(530) 241-1905
FAX (530) 241-0622

Russell Reiner, State Bar No. 84461
Todd E. Slaughter, State Bar No. 87753
Rick Lundblade, State Bar No. 220662
April K. Stratte, State Bar No. 290423

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE BEAN,<br><br>Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION;<br>and DOES 1 through 50, inclusive,<br><br>Defendants.<br>_____/ | NO. 2:19-CV-00647-TLN-KJN<br><br>**STIPULATION AND ORDER TO MODIFY PROCEEDINGS AS TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Assigned to: District Judge Troy L. Nunley<br>Referred to: Magistrate Judge Kendall J. Newman<br><br>Complaint filed: October 22, 2018<br>Removed: April 16, 2019 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the stipulation of the Parties, and in lieu of Plaintiff filing an affidavit or declaration pursuant to Federal Rule of Civil Procedure 56(d) for Defendant's Motion for Summary Judgment, Plaintiff MICHELLE BEAN (hereinafter "Plaintiff"), by and through her counsel, and Defendant COSTCO WHOLESALE CORPORATION (hereinafter "Defendant"), by and through its counsel of record, stipulate as follows:

/ / /

## I. RECITALS

1. Whereas Defendant filed a Motion for Summary Judgment on or about March 20, 2020,
2. Whereas Plaintiff's Response to the Motion for Summary Judgment would otherwise be due on or about April 16, 2020,
3. Whereas the Defendant has set a hearing on this matter for April 30, 2020,
4. Whereas COVID-19 has presented unforeseen difficulties in Plaintiff's ability to complete an opposition on or about April 16, 2020,
5. Whereas there remain facts unavailable to Plaintiff essential to its opposition,
6. Whereas Parties agree that it is a more efficient use of this court's time to modify the motion schedule instead of requiring Plaintiff to prepare, file, and await the outcome of a Rule 56(d) affidavit or declaration,
7. Whereas the last day to file dispositive motions is June 9, 2020, and
8. Whereas the Parties agree that the interests of justice require an extension of time to allow for Plaintiff to respond to, and Defendant to thereafter file its Reply as to, the Motion for Summary Judgment, the Parties stipulate and agree to the following.

## II. STIPULATIONS

1. The Parties, by and through counsel or record, have met and conferred regarding the presently set deadlines related to Defendant's Motion for Summary Judgment.
2. Good cause exists to modify the currently scheduled dates for the response and reply briefs related to Defendant's Motion for Summary Judgment, as the presently scheduled April 30, 2020, hearing date.
3. The Parties seek a continuance regarding the completion of briefing and the hearing date regarding the Motion for Summary Judgment.
4. The Parties would benefit from a continued deadline and no party is or will be prejudiced given that trial is not until October 13, 2020
5. The Parties stipulate that this matter be continued to a hearing date on or about June 30, 2020, or otherwise in accordance with the Court's schedule.

6. The Parties stipulate that the deadlines for Plaintiff's response brief and Defendant's reply brief will be in accordance with procedural or local rule based on the new hearing date.
7. The Parties stipulate to these modified deadlines as the new guiding dates for the Motion for Summary Judgment.
8. The Parties do not wish at this time to change any other deadlines, Pretrial Conference or Trial dates.

Dated: April 10, 2020                REINER, SLAUGHTER & FRANKEL, LLP


                                     By:  /s/RICK LUNDBLADE
                                          RICK LUNDBLADE
                                          Attorney for Plaintiff


Dated: April 10, 2020                MATHENY, SEARS, LINKERT & JAIME, LLP


                                     By:  /s/MATTHEW C. JAIME
                                          MATTHEW C. JAIME
                                          Attorney for Defendant

**ORDER**

**GOOD CAUSE APPEARING,** the Court hereby approves this Stipulation and orders as follows:

1. The hearing on Defendant's Motion for Summary Judgment, presently set for April 30, 2020, is continued to **July 9, 2020, at 2:00 p.m**.
2. Response and Reply briefing due dates will be in accordance with the new hearing date.
3. All other deadlines, the Pretrial Conference and Trial dates remain in accordance with prior scheduling orders or stipulations.

**IT IS SO ORDERED.**

Dated: April 10, 2020

_____
Troy L. Nunley
United States District Judge