Law Offices of
**MATHENY SEARS LINKERT & JAIME LLP**
MATTHEW C. JAIME (SBN 140340)
ROBERT W. SWEETIN (SBN 297130)
SARAH M. WOOLSTON (SBN 320510)
3638 American River Drive
Sacramento, California 95864
Telephone:     (916) 978-3434
Facsimile:     (916) 978-3430

Attorneys for Defendant, COSTCO WHOLESALE CORPORATION

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE BEAN,<br><br>            Plaintiffs,<br><br>    v.<br><br>COSTCO WHOLESALE CORPORATION; and DOES 1 through 50, inclusive,<br><br>            Defendant. | Case No. 2:19-CV-00647-TLN-KJN<br><br>**JOINT STIPULATION AND ORDER TO MODIFY INITIAL PRETRIAL SCHEDULING ORDER**<br><br>**(EXPERT DISCLOSURES AND SUPPLEMENTAL EXPERT DISCLOSURES)**<br><br>Assigned to: District Judge Troy L. Nunley<br><br>Referred to: Magistrate Judge Kendall J. Newman |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Federal Rule of Civil Procedure 16(b), Plaintiff MICHELLE BEAN (hereinafter "Plaintiff") and Defendant COSTCO WHOLESALE CORPORATION (hereinafter "Defendant") request that this court modify the Initial Pretrial Scheduling Order to extend deadlines in order to continue the exchange of discovery, particularly in light of complications arising due to COVID-19.

Plaintiff and Defendant stipulate as follows:

///

## I.    **RECITALS**

1. Whereas, Plaintiff filed a Complaint on October 22, 2018 in Shasta County Superior Court.

2. Whereas, Defendant filed an Answer on May 15, 2019 in Shasta County Superior Court.

3. Whereas, Defendant removed Plaintiff's state court action to the United States District Court, Eastern District on April 16, 2019 pursuant to 28 U.S.C. sections 1332(a), 1441(b) and 1446(b)(3) in that Plaintiff's Complaint met the requirements for diversity jurisdiction.

4. Whereas the Court issued an Initial Pretrial Scheduling Order with deadlines for this matter on April 16, 2019.

5. Whereas this court signed Parties *Joint Stipulation and Order* to Modify Initial Prescheduling Order on or about February 7, 2020, changing the following dates:

    a) Experts must be disclosed not later than **May 8, 2020**.

    b) A supplemental list of expert witnesses must be disclosed not later than **June 5, 2020**.

6. There is no trial date set for this matter presently.

## II.    **STIPULATIONS**

1. The Parties continue to meet and confer regarding the deadlines provided in the Initial Pretrial Scheduling Order.

2. Good cause exists to modify the Initial Pretrial Scheduling Order because discovery is in the early stages, is ongoing and not yet completed.

3. The Parties seek a continuance regarding the deadline for expert disclosures and supplemental expert disclosures.

4. The Parties would both benefit from the given deadlines and no party is prejudiced given that trial has not yet been set.

5. The purpose of this Stipulation is to benefit both parties in the continued exchange of documents and information for a fair resolution of the lawsuit.

///

6. Pursuant to Federal Rule of Civil Procedure 29, the parties stipulate to modify these dates, with the Court's permission.

7. Whereas Parties have agreed to postpone the independent medical exam of Plaintiff due to COVID-19 health and safety concerns.

8. Whereas Parties agree that the independent medical examiner will be unable to render an opinion or report without conducting the independent medical exam.

9. Whereas Plaintiff is still attempting to coordinate the depositions of Costco employees and finalize rebuttal experts.

10. Parties stipulate to expending the deadline to disclose experts from May 8, 2020 to **August 7, 2020**.

11. Parties stipulate to extending the deadline to for the designation of supplemental expert witnesses from June 5, 2020 to **September 7, 2020.**

12. The parties stipulate to these modified deadlines as the new guiding dates.

Dated:  May 8, 2020                                            **MATHENY SEARS LINKERT & JAIME LLP**

By: /s/
MATTHEW C. JAIME, ESQ.
Attorney for Defendant, COSTCO WHOLESALE CORPORATION

Dated:  May 8, 2020

**REINER SLAUGHTER & FRANKEL LAW OFFICES**

By: /s/
RUSSELL REINER, ESQ.
Attorney for Plaintiff, MICHELLE BEAN

# **ORDER**

**GOOD CAUSE APPEARING**, the Court hereby approves this Stipulation and orders as follows:

13. Parties stipulate to expending the deadline to disclose experts from May 8, 2020 to **August 7, 2020**.

14. Parties stipulate to extending the deadline to for the designation of supplemental expert witnesses from June 5, 2020 to **September 8, 2020.**

**IT IS SO ORDERED**.

Dated: May 11, 2020

Troy L. Nunley
United States District Judge

*JOINT STIPULATION AND ORDER TO MODIFY INITIAL PRETRIAL SCHEDULING ORDER*