**LAW OFFICES OF
REINER, SLAUGHTER, MAINZER
& FRANKEL**
2851 Park Marina Drive, Suite 200
Post Office Box 494940
Redding, CA 96049-4940
(530) 241-1905
FAX (530) 241-0622
Russell Reiner, State Bar No. 84461
Todd E. Slaughter, State Bar No. 87753
Rick Lundblade, State Bar No. 220662
April K. Stratte, State Bar No. 290423
Attorneys for Plaintiff

**LAW OFFICES OF
MATHENY SEARS LINKERT & JAIME LLP**
MATTHEW C. JAIME (SBN 140340)
SARAH M. WOOLSTON (SBN 320510)
3638 American River Drive
Sacramento, California 95864
Telephone: (916) 978-3434
Facsimile: (916) 978-3430

Attorneys for Defendant, COSTCO WHOLESALE CORPORATION

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE BEAN,<br><br>   Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION;<br>and DOES 1 through 50, inclusive,<br><br>   Defendants.<br>_____/ | NO. 2:19-CV-00647-TLN-KJN<br><br>***JOINT* STIPULATION AND ORDER TO MODIFY INITIAL PRETRIAL SCHEDULING ORDER**<br><br>(***EXPERT DISCLOSURES AND SUPPLEMENTAL EXPERT DISCLOSURES***)<br><br>Assigned to: District Judge Troy L. Nunley<br>Referred to: Magistrate Judge Kendall J. Newman<br><br>Complaint filed: October 22, 2018<br>Removed: April 16, 2019 |

///
///

---

1

JOINT STIPULATION AND ORDER TO MODIFY INITIAL PRETRIAL SCHEDULING ORDER

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 16(b), Plaintiff MICHELLE BEAN (hereinafter "Plaintiff") and Defendant COSTCO WHOLESALE CORPORATION (hereinafter "Defendant") jointly request that this court modify the Initial Pretrial Scheduling Order to extend deadlines in order to continue the exchange of discovery, particularly in light of complications arising due to COVID-19.

Plaintiff and Defendant stipulate as follows:

## I. RECITALS

1. Whereas Plaintiff filed a Complaint on October 22, 2018, in state court, Shasta County Superior Court.

2. Whereas Defendant filed an Answer on March 15, 2019, in state court, Shasta County Superior Court.

3. Whereas Defendant removed Plaintiff's state court action to the United States District Court, Eastern District on or about April 16, 2019, pursuant to 28 U.S.C. sections 1332(a), 1441(b) and 1446(b)(3), in that Plaintiff's Complaint met the requirements for diversity jurisdiction.

4. Whereas the Court issued an Initial Pretrial Scheduling Order with deadlines for this matter on or about April 16, 2019.

5. Whereas this court signed Parties Joint Stipulation and Order to Modify Initial Prescheduling Order on or about February 7, 2020, changing the following dates:

    a) Experts must be disclosed not later than **May 8, 2020**.

    b) A supplemental list of expert witnesses must be disclosed not later than **June 5, 2020**.

6. Whereas Defendant filed a Motion for Summary Judgment on or about March 20, 2020.

7. Whereas this court signed Parties' past Joint Stipulation and Order to Modify Initial Prescheduling Order to extend the deadline based on the pending Motion for Summary Judgment.

8. Whereas Plaintiff filed her Response to the Motion for Summary Judgment on or about June 23, 2020.

9. Whereas Defendant filed its Reply on the Motion for Summary Judgment on or about June 30, 2020.

10. Whereas this Court has taken the Motion for Summary Judgment under advisement.

11. Whereas the Motion for Summary Judgment is still under submission.

12. Whereas the parties are of the understanding that there is no current trial date set on the Court's calendar; and

13. Whereas the parties prefer to obtain a ruling from this Court on the Motion for Summary Judgment before moving forward with (and incurring the expenses associated with) expert disclosure and discovery.

## II. STIPULATIONS

1. The Parties continue to meet and confer regarding the deadlines originally provided in the Initial Pretrial Scheduling Order.

2. Good cause exists to modify the Initial Pretrial Scheduling Order because discovery is ongoing and not yet completed.

3. The Parties seek a continuance regarding the deadline for expert disclosures and supplemental expert disclosures.

4. The Parties would both benefit from the given deadlines and no party is prejudiced given that a trial date has not yet been set.

5. The purpose of this Stipulation is to benefit both parties in the continued exchange of documents and information for a fair resolution of the lawsuit.

6. Pursuant to Federal Rule of Civil Procedure 29, the parties stipulate to modify these dates, with the Court's permission.

7. The Parties stipulate to expending the deadline to disclose experts from **July 5, 2021 to October 5, 2021**.

8. The Parties stipulate to extending the deadline to for the designation of

supplemental expert witnesses from **August 6, 2021 to November 5, 2021**.

    9.    The parties stipulate to these modified deadlines as the new guiding dates.

Dated: 6/8/21    **MATHENY SEARS LINKERT & JAIME LLP**

    By: /s/ Matthew C. Jaime
    MATTHEW C. JAIME, ESQ.
    Attorney for Defendant, COSTCO WHOLESALE CORPORATION

Dated: 6/8/21    **REINER, SLAUGHTER, MAINZER & FRANKEL, LLP**

    By: /s/ Russell Reiner
    RUSSELL REINER, ESQ.
    Attorney for Plaintiff, MICHELLE BEAN

# ORDER

**GOOD CAUSE APPEARING**, the Court hereby approves this Stipulation and orders as follows:

1. The deadline to disclose experts is extended from **July 5, 2021** to **October 5, 2021**.

2. The deadline for the designation of supplemental expert witnesses is extended from **August 6, 2021** to **November 5, 2021**.

**IT IS SO ORDERED.**

Dated: June 17, 2021

_____
Troy L. Nunley
United States District Judge